IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY HOWARD,<br><br>          Plaintiff,<br><br>   v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>          Defendant. | **8:21CV396**<br><br>**ORDER** |

This matter is before the Court on defendant's motion to dismiss Count II of the complaint. Filing No. 5. The parties have likewise stipulated for the dismissal of Count II. Filing No. 10. The Court has reviewed the motion, stipulation and complaint and finds the motion should be granted.

THEREFORE, IT IS ORDERED that:

1. The defendant's motion to dismiss Count II of the complaint, Filing No. 5, is granted.

2. The parties' joint stipulation to dismiss Count II of the complaint with prejudice, Filing No. 10, is granted.

Dated this 28th day of December, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge